UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

QUINTIN J. BALLENTINE,

                Plaintiff,

-against-

BRONX CARE MEDICAL CENTER,

                Defendant.

24-CV-5480 (LTS)

CIVIL JUDGMENT

---

    By order dated October 28, 2024, the Court dismissed Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii), with 30 days' leave to replead his claims in an amended complaint. (ECF 10.) That order stated that if Plaintiff did not file an amended complaint within the time allowed, the Court would enter judgment in this action. (*Id.*) Plaintiff has not filed an amended complaint.

    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed for the reasons set forth in the October 28, 2024 order.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 7, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                Chief United States District Judge